AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of California

FILED
SEPT 9 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States of America
v.
Jesus GARCIA-COBARRUBIAS

*Defendant(s)*

Case No. 4:26-mj-71192 MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 31, 2026 in the county of Contra Costa in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111(a) & (b) | Assault on a Federal Officer w/ deadly or dangerous weapon or inflicting bodily injury<br>Maximum penalties:<br>- Imprisonment: 20 years Fine: $250,000<br>- Supervised release: not more than 3 years<br>- Special assessment: $100<br>- Forfeiture/Immigration & Naturalization Consequences/Denial of Fed Benefits |

This criminal complaint is based on these facts:

See attached Affidavit of HSI S/A Regan Bates

☑ Continued on the attached sheet.

//s//
*Complainant's signature*

REGAN BATES, DHS HSI S/A
*Printed name and title*

Approved as to form September 1, 2026
SAUSA *William Skewes-Cox*

Sworn to before me by telephone.

Date: 09/02/2026

*Judge's signature*

City and state: McKinleyville, California

Hon. ROBERT ILLMAN, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT AND CRIMINAL COMPLAINT

I, Regan Andrew Bates, a Special Agent with Homeland Security Investigations, having been duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I make this affidavit in support of an application under Rules 3, 4, and 4.1 of the Federal Rules of Criminal Procedure for an arrest warrant and criminal complaint charging Jesus GARCIA-COBARRUBIAS ("GARCIA-COBARRUBIAS") with a violation of 18 U.S.C. § 111(a) and (b) (Assault on a Federal Officer). As set forth below, there is probable cause to believe that on or about August 31, 2026, in the Northern District of California, GARCIA-COBARRUBIAS struck a federal law enforcement officer while the officer was engaged in and on account of the performance of the officer's official duties and that he did so using a deadly or dangerous weapon and/or inflicting bodily injury.

## SOURCES OF INFORMATION

2. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

## AFFIANT BACKGROUND

4. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI"), within the United States Department of Homeland Security, and have been so employed since May 2023. I am currently assigned to the Transnational Gang Investigations Group in the Special Agent in Charge (SAC) San Francisco Area of Responsibility (AOR).

5. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of Federal law.

6. Prior to working for HSI, I was employed by Customs and Border Protection (CBP) Office of Field Operations (OFO) where I helped facilitate the flow of customs and immigration into the San Francisco Port of Entry (POE).

7. I have received over 960 hours of training at the Federal Law Enforcement Training Center ("FLETC") in Glynn County, Georgia, relating to the investigations of narcotics trafficking, narcotics smuggling and money laundering among many other types of criminal investigations. Training included mock investigations of individuals who derived income from the distribution and sale of controlled substances. Through my training, experience, and interaction with other experienced Special Agents, Task Force Officers, and other drug investigators, I have become familiar with a comprehensive list of violations of federal law under the United States Code.

8. As a result of my participation in these and other activities, I have gained particular knowledge in the use and utility of undercover agents, confidential informants, physical surveillance, wire surveillance, electronic surveillance, oral surveillance, consensual recordings, investigative interviews, mail covers, trash searches, installation and monitoring of GPS tracking devices, pole-mounted cameras, and the execution of federal and state search and arrest warrants. In addition to using the aforementioned investigative techniques, during these investigations, I also have analyzed information from traditional record sources, such as

telephone toll and subscriber records, as well as non-traditional record sources, such as the informal ledgers routinely maintained by criminal organizations.

9. I have personally participated in the investigation discussed in this Affidavit as the lead case agent, and I am familiar with the facts and circumstances of the investigation. My role in this investigation, combined with my training and experience, information I have learned from other HSI agents and other law enforcement agencies, my discussions with witnesses involved in the investigation, and my review of records and reports relating to the investigation form the basis for the opinions I set forth in this Affidavit. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another HSI agent, law enforcement officer, or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken, or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated.

## APPLICABLE STATUTE

10. **Assault on a Federal Officer**. Under Title 18, United States Code, Section 111(a), it is unlawful for anyone to forcibly assault, resist, oppose, impede, intimidate, or interfere with any officer or employee of the United States while the officer or employee is engaged in or on account of the performance of the officer's or employee's official duties.

11. Under Title 18, United States Code, Section 111(b), there is an enhanced penalty for anyone who in the commission of any acts described in subsection (a), uses a deadly or dangerous weapon (including a weapon intended to cause death or danger but that fails to do so by reason of a defective component) or inflicts bodily injury.

## STATEMENT OF PROBABLE CAUSE

12. On or about August 31, 2026, at approximately 5:00 a.m., Enforcement and Removal Operations ("ERO") officers with the Department of Homeland Security ("DHS") arrived near an address in Martinez, CA, 94553 (Target Residence), in order to conduct a

targeted arrest of GARCIA-COBARRUBIAS, a Mexican national with a reinstated order of removal. The following ERO officers were present: Senior Deportation and Detention Officer (SDDO) J. Sia, Deportation Officer (DO) M. Ho, DO H. Pineda-Chavez, DO D. Banks, and DO D. Johnson.

13. The team operated with two government vehicles (GV). GV#1 was an unmarked dark Gray Nissan Murano equipped with law enforcement emergency lights and sirens. SDDO Sia was the driver and DO Ho was the front passenger. GV#2 was an unmarked light Gray Ford Explorer equipped with law enforcement emergency lights and sirens. DO Banks was the driver, DO Pineda-Chavez was the front passenger, and DO Johnson was the rear passenger. All officers were wearing government issued badges and non-supervisory officers also wore external body armor with additional identifiers, including the words "POLICE" and/or "Immigration and Customs Enforcement" (ICE) on the front and back of their vests.

14. At approximately 06:55 a.m., officers observed an unidentified Hispanic male (UHM) exit from behind the target residence and wait near the front entrance. At approximately 7:00 a.m., a second male exited from the front entrance of the target residence. Officers determined that this male matched the physical depiction of GARCIA-COBARRUBIAS by visually comparing his appearance to a previous booking photo. Officers observed both GARCIA-COBARRUBIAS and the UHM loading objects into a Gray Honda Civic bearing a California license plate, 7YZB214 (Target Vehicle). The target vehicle is registered to GARCIA-COBARRUBIAS at the Target Residence in Martinez, CA, 94553. The photo below shows the target vehicle parked at the target residence earlier in the morning:

///

///

///

///

///

///




15. At approximately 7:05 a.m., GARCIA-COBARRUBIAS entered the driver's seat and the UHM entered the passenger seat of the target vehicle. At this time, GV#1 was on the same street as the Target Residence facing southbound across the street from the residence and GV#2 was parked on Central Ave, which is a cross-street with the Target Residence's street, facing eastbound. The target vehicle exited the driveway and turned southbound towards Central Ave and then attempted to make a westbound turn when officers in both GV#1 and GV#2 activated their emergency lights for a vehicle stop. GV#1 was positioned behind the target vehicle and GV#2 was positioned in front, facing the target vehicle with approximately 10-15ft distance of space.

16. Officers exited their vehicles, stated "police", "let me see your hands", "come on out" and opened the driver door of the target vehicle. Officers stated that GARCIA-COBARRUBIAS told them he wanted to speak with a lawyer in Spanish. Officers opened the

passenger side of the target vehicle and asked the UHM if he had any identification. However, GARCIA-COBARRUBIAS appeared to have instructed the UHM not to comply.

17. Due to GARCIA-COBARRUBIAS' non-compliance with lawful commands to exit the vehicle, SDDO Sia, DO Banks, and DO Johnson attempted to remove GARCIA-COBARRUBIAS from the driver's side of the vehicle. GARCIA-COBARRUBIAS then accelerated the target vehicle forward, pulling DO Banks approximately 10ft, with the target vehicle's rear driver tire striking and rolling over DO Banks' right foot. GARCIA-COBARRUBIAS continued accelerating the vehicle and struck the front left bumper of GV#2 before fleeing the scene of the incident heading westbound on Central Ave. DO Banks immediately stated to other officers that GARCIA-COBARRUBIAS ran over his foot with the vehicle. The photos below show the series of events, with DO Banks' feet marked with red circles added to the screenshot:









18. DO Pineda-Chavez immediately transported DO Banks directly to the Emergency Room of John Muir, Concord Medical Center. DO Banks received a diagnosis of "Crushing

injury of right foot" and was released from the Emergency Room with instructions for follow-up care.

19. Based on my training and experience, GARCIA-COBARRUBIAS' automobile constituted a dangerous and deadly weapon because it can be used, and was used, in a manner that is capable of causing death or serious bodily injury.

**CONCLUSION**

20. Based on the facts and evidence presented above, I have probable cause to believe that on or about August 31, 2026, in the Northern District of California, Jesus GARCIA-COBARRUBIAS violated 18 U.S.C. § 111(a) and (b) (Assault on a Federal Officer with a deadly or dangerous weapon or inflicting bodily injury).

/s/_

REGAN ANDREW BATES
Special Agent
Homeland Security Investigations

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 2nd day of September 2026. This complaint and warrants are to be filed under seal.

HONORABLE ROBERT ILLMAN
United States Magistrate Judge

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

## OFFENSE CHARGED

18 U.S.C. § 111(a) & (b) - Assault on a Federal Officer w/ deadly or dangerous weapon or inflicting bodily injury.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years imprisonment;
Not more than 3 years supervised release;
$250,000 fine; $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
SEPT 9 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## DEFENDANT - U.S

Jesus GARCIA-COBARRUBIAS

DISTRICT COURT NUMBER

4:26-mj-71192 MAG

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Regan Bates, DHS HSI S/A

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Craig Missakian

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): SAUSA William Skewes-Cox

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☒ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments: