DOCUMENTS UNDER SEAL [ ] TOTAL TIME (mins): 9M

| | | |
|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Brittany Sims | REPORTER/FTR<br>Liberty Recording: 10:31-10:42 |
| MAGISTRATE JUDGE<br>Joseph C. Spero | DATE<br>September 17, 2026 | NEW CASE [ ] / CASE NUMBER<br>26-mj-71192-MAG |

**APPEARANCES**

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. [X] RET. [ ] APPT. [ ] |
|---|---|---|---|---|---|
| Jesus Garcia-Cobarrubias | 45 | Y | P | Elissa Larouche | |

| | | | |
|---|---|---|---|
| U.S. ATTORNEY<br>Williams Skewes-Cox | INTERPRETER<br>Dascha Inciarte (Spanish) | [ ] FIN. AFFT SUBMITTED | [ ] COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Kaitlyn Cagawan | DEF ELIGIBLE FOR APPT'D COUNSEL [ ] | PARTIAL PAYMENT OF CJA FEES [ ] |

**PROCEEDINGS SCHEDULED TO OCCUR**

| | | | | |
|---|---|---|---|---|
| [X] INITIAL APPEAR<br>Held | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS<br>[ ] TRIAL SET |
| [ ] I.D. COUNSEL | [ ] ARRAIGNMENT | [ ] BOND HEARING | [ ] IA REV PROB. or or S/R | [ ] OTHER |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING |

**INITIAL APPEARANCE**

| | | | |
|---|---|---|---|
| [X] ADVISED OF RIGHTS | [X] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [X] TRUE NAME:<br>Jesus Israel Garcia-Cobarrubias |

**ARRAIGNMENT**

| | | | |
|---|---|---|---|
| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [X] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |

**RELEASE**

| | | | | |
|---|---|---|---|---|
| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED<br>DATE: |

| | | |
|---|---|---|
| PROPERTY TO BE POSTED<br>[ ] CASH $ | CORPORATE SECURITY [ ] | REAL PROPERTY: [ ] |

| | | | | | |
|---|---|---|---|---|---|
| [X] MOTION FOR DETENTION | [X] PRETRIAL SERVICES REPORT | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [X] REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| | | | |
|---|---|---|---|
| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| | | | | |
|---|---|---|---|---|
| TO:<br>September 18, 2026 | [ ] ATTY APPT HEARING | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] TRIAL SET |
| AT:<br>10:30 a.m. | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING<br>____________ | [ ] CHANGE OF PLEA | [ ] STATUS |
| BEFORE HON.<br>Spero | [X] DETENTION HEARING | [ ] ARRAIGNMENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The government moves to unseal the case- Granted by the Court. Def counsel to submit Fin Afft at next hearing. DPPA.